## Commonwealth v. Lewis, Appellant.

Argued June 9, 1969.

*Thomas E. Harting,* for appellant; *Theodore Parker,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Robinson, Appellant.

Submitted June 12, 1969. *Eugene H. Clarke, Jr.,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.